No. 859, Misc. AIELLO ET AL. *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied. *James R. Willis* for petitioners. *John T. Corrigan* and *Harvey R. Monck* for respondent.

No. 865, Misc. SWARTZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 871, Misc. DOOLEY *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 872, Misc. PRESTON *v.* WARDEN, KENTUCKY PENITENTIARY. C. A. 6th Cir. Certiorari denied.

No. 873, Misc. GILL *v.* OHIO. Ct. App. Ohio, Madison County. Certiorari denied. *D. Harland Jackman* for petitioner.

No. 874, Misc. CABELLO *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 877, Misc. NEWMAN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 878, Misc. SPADER *v.* SHOVLIN, STATE HOSPITAL SUPERINTENDENT. Sup. Ct. Pa. Certiorari denied.

No. 879, Misc. HARRIS *v.* RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 880, Misc. CASTELO *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.